889 A.2d 500

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION**

v.

**LOWER PAXTON TOWNSHIP, Lower Paxton Township Authority, Swatara Township Authority**

**Appeal of Crestview Manor Civic Association.**

Supreme Court of Pennsylvania.

Dec. 27, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2005, the Order of the Commonwealth Court is hereby affirmed.